WESTERN NEW YORK & P. RY. CO., Respondent, v. SCHALLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by the Western New York & Pennsylvania Railway

Company against Christopher Schaller, impleaded, etc.

PER CURIAM.    Order affirmed, with $10 costs and disbursements.

STOVER, J., not sitting.